CHRISTOPHER J. BOWES, ESQ.
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 9/21/2026

September 18, 2026

Via Email
Hon. Henry J. Ricardo
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Greco v. SSA
26-cv-05204 (HJR)

Dear Judge Ricardo:

I am writing to request an extension of time in which to file Plaintiff's Brief. Plaintiff's papers are due to be filed on September 21, 2026. This is plaintiff's first request for an extension of time.

Due to multiple work deadlines converging at once as well as long planned vacation time over the past month, I have been unable to complete Mr. Greco's papers for filing on September 21, 2026 and respectfully request additional time to complete the papers. I have sought consent from opposing counsel for the Commissioner, SAUSA Jonathan King, but he is away from the office this week and alternative counsel covering for him have not responded to my request as of this writing. I am seeking a revised briefing schedule as follows:

| | |
|---|---|
| October 21, 2026 | Plaintiff's Motion for Judgment on the Pleadings |
| December 21, 2026 | Defendant's Responsive Brief |
| January 5, 2026 | Plaintiff's Reply Brief |

Please note that I tried to file this as a letter motion but it appears that my designation as attorney for plaintiff is not set up on the ECF filing system. It would seem that this was my error created at the time I opened the case. I will rectify this issue with the clerk of the Court. In the meantime, I am sending this request via email to Chambers.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

*Christopher J. Bowes, Esq.*
Christopher J. Bowes, Esq.

The request is **GRANTED**. The Parties shall adhere to the briefing schedule above.

Cc: Jonathan King, Esq.

**SO ORDERED.**
Dated: September 21, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge