CHRISTOPHER J. BOWES, ESQ.
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/22/2026

October 22, 2026

Via ERE
Hon. Henry J. Ricardo
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Greco v. SSA
26-cv-05204 (HJR)

Dear Judge Ricardo:

I am writing to request an extension of time, nunc pro tunc, in which to file plaintiff's Brief in this case. Plaintiff's Brief was due to be filed yesterday, October 21, 2026.

Regrettably, due to an extensive workload at the moment and several unexpected matters that have run overtime, I was unable to complete Plaintiff's Brief yesterday. I seek a short two day extension of time to do so and with the kind consent of opposing counsel, respectfully propose the following revised schedule:

| | |
|---|---|
| October 23, 2026 | Plaintiff's Motion for Judgment on the Pleadings |
| December 23, 2026 | Defendant's Responsive Brief |
| January 6, 2026 | Plaintiff's Reply Brief |

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

*Christopher J. Bowes, Esq.*
Christopher J. Bowes, Esq.

Cc: Jonathan King, Esq.

The request is **GRANTED**. The Parties shall adhere to the briefing schedule above. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 11 as **GRANTED**.

**SO ORDERED.**
Dated: October 22, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge