USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT GRECO,

Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

Defendant.

**ORDER**

26-CV-5204 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's brief. ECF No. 13. The brief is deemed timely filed.

**SO ORDERED.**

Dated: October 26, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge